# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SHEILA JUNTUNEN,

    Plaintiff(s),

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,

    Defendant(s).

Case No. 2:22-cv-01469-APG-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than November 29, 2022, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: November 18, 2022

_____
Nancy J. Koppe
United States Magistrate Judge