UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

,

**SHEILA JUNTUNEN,**

        **Plaintiff,**

v.                                                        Case No.: 2:22-cv-01469-APG-NJK

**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and KRISTIN KOVACH**

        **Defendants.**

### STIPULATION AND NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS AND ACTION PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to F.R.C.P. 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Sheila Juntunen, and Defendants, The Prudential Insurance Company of America and Kristin Kovach, through undersigned counsel, hereby give notice that the captioned action, including all counterclaims and cross-claims asserted therein, is voluntarily dismissed with prejudice, without further fees or costs to any party.

Dated: March 1, 2023

                      Respectfully submitted,

| SKANE MILLS LLP | GRAYBILL & MEAD, PLLC | J.K. NELSON LAW, LLC |
|---|---|---|
| /s/ Elizabeth C. Spaur | /s/ Amy Schultz | /s/ Jonathan K. Nelson |
| Elizabeth C. Spaur, Esq | Amy Schultz, Esq. | Jonathan K. Nelson, Esq. |
| espaur@skanemills.com | 2552 US 41 W. Suite 300 | 41 N. Highway 160, Suite 8 |
| 1120 Town Center Drive, Suite 200 | Marquette, MI 49855 | Pahrump, NV 89060 |
| Las Vegas, NV 89144 | aschultz@graybillandmead.com | courts@jknelsonlaw.com |
| Attorneys For Defendant, The Prudential Insurance Company of America | *Attorneys for Defendant Kristin Kovach* | *Attorneys for Plaintiff Sheila Juntunen* |

IT IS SO ORDERED:

Dated: March 22, 2023

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE